*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 10, 2014                    517638
_____

BLACK CAR ASSISTANCE
    CORPORATION, Doing Business
    as BLACK CAR & LIMOUSINE
    ASSISTANCE GROUP, et al.,
                    Appellants,            MEMORANDUM AND ORDER

        v

NEW YORK STATE DEPARTMENT OF
    TAXATION AND FINANCE et al.,
                    Respondents.
_____

Calendar Date:  May 28, 2014

Before:  Peters, P.J., Lahtinen, Garry, Rose and Devine, JJ.

_____

        Lewin & Lewin, LLP, Washington, D.C. (Nathan Lewin of
counsel), and Schlam, Stone & Dolan, LLP, New York City, and
Michael A. Avella, East Greenbush, for appellants.

        Eric T. Schneiderman, Attorney General, Albany (Robert M.
Goldfarb of counsel), for respondents.

_____

        Appeal from an order of the Supreme Court (McDonough, J.),
entered December 20, 2012 in Albany County, which denied
plaintiffs' motion for partial summary judgment.

        Order affirmed, upon the opinion of Justice Roger D.
McDonough.

Peters, P.J., Lahtinen, Garry, Rose and Devine, JJ., concur.

ORDERED that the order is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court